NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

------------------------

**HAROLD W. VAN ALLEN,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

------------------------

2013-7057

------------------------

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2957, Judge William A. Moorman.

------------------------

**ON MOTION**

------------------------

**O R D E R**

Harold W. Van Allen moves for leave to proceed in forma pauperis.

The court notes that this appeal was dismissed on May 3, 2013 for failure to pay the fee.  Mr. Van Allen moved on May 13, 2013 to reinstate this appeal.

HAROLD VAN ALLEN v. SHINSEKI                                   2

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.  Mr. Van Allen's opening brief is due within 21 days of the date of this order.

FOR THE COURT

/s/  Pamela J. Twiford
Pamela J. Twiford
Chief Deputy Clerk

s24